

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-14-00107-CV

_____

IN THE INTEREST OF A.R.H., A CHILD

On Appeal from the 6th District Court
Lamar County, Texas
Trial Court No. 67,697

Before Morriss, C.J., Moseley and Burgess, JJ.
Memorandum Opinion by Chief Justice Morriss

## MEMORANDUM OPINION

Appellant Kenneth Scott Baxley has filed a motion seeking to dismiss this appeal. Pursuant to Rule 42.1(a)(1) of the Texas Rules of Appellate Procedure, the motion is granted. *See* TEX. R. APP. P. 42.1(a)(1).

Accordingly, we dismiss this appeal.

Josh R. Morriss, III
Chief Justice

Date Submitted:     May 11, 2015
Date Decided:      May 12, 2015